UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CV-00679-GCM

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., ) ) ) Plaintiff, ) ) ORDER vs. ) ) KAISER GYPSUM COMPANY, INC., ) ) Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ericka F. Johnson**, filed January 8, 2019 (Docket No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(b), Ms. Johnson is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Armstrong World Industries, Inc.

**IT IS SO ORDERED.**

Signed: January 9, 2019

Graham C. Mullen
United States District Judge